IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Lamboy, | No. CR06-0266-CRB |
| Petitioner, | **ORDER GRANTING MOTION TO AMEND PRE-SENTENCE INVESTIGATION REPORT** |
| v. | |
| United States of America, | |
| Respondent. | |

The Court has received further information concerning the defendant's addiction to narcotic drugs prior to his incarceration. Accordingly, the Court directs the probation department to address this issue in an amended pre-sentence report.

**IT IS SO ORDERED.**

Dated: November 26, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE