IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RECEIVED

JAN 12 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY LAMBOY,
      Defendant,

  )
  )
  )
  )

vs.

  )
  )
  )

Case No.: CR 06-0266-04
        CRB

FILED

UNITED STATES OF AMERICA,
      Respondent.

  )
  )

JAN 12 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

## MOTION REQUESTING MODIFICATION OF SENTENCE

### PURSUANT TO 18 U.S.C. §3582(C)(2)

---



    **NOW COMES** Anthony Lamboy, Petitioner Pro Se' in the above styled action
(hereinafter referred to as "Petitioner"), and respectfully moves this Honorable
Court -- pursuant to U.S.C. §3582(c)(2) -- to utilize it's discretion to modify
the Petitioner's sentence.


### I.  THE "DRUG MINUS TWO ACT OF 2014"

    1.  In May 2014, the **United States Sentencing Commission ("Commission")** signed
into law the **"Drugs Minus Two Act of 2014"** (hereinafter "U.S.S.G. Amendment
782 -or- Amendment 782"), which was given permanent staus by Congress on November
1, 2014 when it declined to take action on it after the Commission declared
it retroactive by vote on July 18, 2014.


    2.  Since Amendment 782 was made retroactively applicable to most drug offenders
sentenced prior to November 1, 2014, the Petitioner in this case is eligible
for a sentence reduction because Amendment 782 has substantially lowered his
prior guideline sentencing range by **25 to 30 months.**

## II. COURT'S AUTHORITY TO MODIFY THE DEFENDANT'S SENTENCE PURSUANT TO
## 18 U.S.C. §3582(c)(2) IN LIGHT OF RETROACTIVE AMENDMENT 782

3.  The Petitioner comes before this Court seeking a reduction in sentence pursuant to **18 U.S.C. §3582(c)(2)**, which provides that a Court may modify a previously imposed sentence only if the defendant's sentencing range was subsequently -- and retroactively -- lowered by the Commission, pursuant to **28 U.S.C. §994(o)**. See **Dillon vs. U.S.,** 560 U.S. 817 (2010).

## III. THE DEFENDANT HEREIN IS "ELIGIBLE " FOR A
## SENTENCE REDUCTION UNDER AMENDMENT 782

4.  As stated in ¶2, supra, the Petitioner in this case is "eligible" for a sentence reduction because Amendment 782 "subsequently and substantially lowered his prior guideline sentencing range by up to **25 months** based on the following facts:

> **(A)** Petitioner's amended guideline range is now at an adjusted guideline range of **97 to 121 months.**

> **(B)** Petitioner was sentenced at the lower end of his original guideline range to a sentence of **120 months** at his initial sentencing.

> **(C)** Petitioner qualifies for this reduction due to his original sentencing range becoming reduced by the Sentencing Commission's Amendment going retroactive on July 18, 2014.

## IV. REASONS WHY THIS COURT SHOULD GRANT THE PETITIONER'S REQUEST
## FOR AN AMENDMENT 782 SENTENCE REDUCTION

5.  Having established above that the Petitioner **is** "eligible" for an Amendment 782 sentence reduction, this Court must now determine whether -- and to what extent -- a sentence reduction is warranted in the Petitioner's case.  In support of why this Court should grant a **25 month** sentence reduction in this case the Petitioner respectfully submits the following:

-2-

(1) Since incarceration I have been working to maintain consistent conduct that has awarded me the designation of a **minimum security – out custody classification.**

(2) I have diligently worked to prepare myself with practical skills that are essential and employable upon my release back into society.  I have to my credit programs that help to encourage ethic-building, self-improvement, and strenghtening my spiritual base. **(See Exhibit #A)**

(3) Currently, I am moving towards the final stages of meeting the criteria that will allow me participation in the **Residential Drug Abuse Program (RDAP)** that will give me the added support for a successful reintegration back into society.

(4) Finall, with the variety of programming offered in the BOP and that I have exposed my self to, I am hoping that I am able to show my diligence to this Honorable Court and other my continued efforts in wiping away a very bad act in my past.  I am remorseful and willing to take full responsibility as I have from the beginning of this ordeal.

(5) The Petitioner offers the copies of his classes to provide the Court with a glimpse of how the Petitioner has spent many hours of his incarceration. **(See Exhibit #A&B)**

6.  In addition to the foregoing, the Petitioner also recognizes that pursuant to **18 U.S.C. §3582(c)(2)**, this Court has a duty to consider the factors set forth in **18 U.S.C. 3553(a)(1)**, when deciding whether -- and tho what extent -- to grant an Amendment 782 sentence reduction request.  The Petitioner herein prays that after considering the **§3553(a)** factors applicable to the Petitioner, this Honorable Court will conclude that a **25 month** reduction constitutes an appropriate disposition in this case.


**CONCLUSION**

In light of the foregoing facts and arguments, this Court should **grant** the

Petitioner's request for a **25 month** sentence reduction, or otherwise grant whatever relief this Court deems just and proper.

Date: _1·5·15_

Respectfully Submitted:

/s/ _A. Lamboy_

Anthony Lamboy
Reg. NO.: 93623-111
F.C.I. – Big Spring
1900 Simler Avenue
Big Spring, Texas 79720

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing 18 U.S.C. §3582 (c)(2) Motion was sent (via pre-paid First Class U.S. Mail) to the Clerk of Court on ____ _JANUARY 5_, 2015.

SENT VIA USPS

CERTIFIED MAIL NO.

7012 2920 0002 2714 5259

/s/ _A. Lamboy_

Anthony Lamboy
Reg. No.: 93623-111
F.C.I. – Big Spring
1900 Simler Avenue
Big Spring, Texas 79720

– 4 –

January 5, 2015


The Honorable Charles R. Breyer
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA    94102


RE:      Personal Letter For Consideration
         Case No. CR 06-0266-04 CRB | 3582 Motion


To The Honorable Judge Breyer,

         This letter is being submitted to this Honorable Court,
personally written, in hopes that I can express my deepest apologies
for my past actions which landed me in this current position.  I have
come to realize how damaging my choices were and I wish to apologize
and accept responsibility for the wrong I have done to my family and
my community.  They have suffered the most from my selfish actions and
endured significant hardships and difficulties that continue to this
day.  I also broke the trust of my community for the crime that I made
the conscious decision to commit.  Every day I agonize over the poor
decisions I made and the behavior I was involved in but I must move
forward in a positive direction Your Honor.  I appreciate this Court's
valuable time taken to evaluate my case and circumstances and for your
consideration of a sentence reduction that has been requested.

         Since the start of my incarceration I believe I have worked
diligently to prepare myself with practical skills that are, not only
essential to everday living but, useful to gainful employment upon my
release from custody.  I have involved myself in programs whenever they
become available that encourage ethics and integrity, self-improvement
and also strengthening my spiritual and moral base.  For my eight year
old daughter I have taken numerous parenting classes so that I am better
prepared to be a great father that she deserves to have in her life.
She has been through enough without her father involved in her proper
upbringing.  My classes have been well rounded and have concentrated
also on helping me to become more self-reflective, self-critical and

                        -  page  1  -

the subjects of some have allowed me to reestablish the importance of empathic concern for others.  I strongly believe these skills will help facilitate stronger relationships that I have with my family and everyone in my life and no doubt contribute to being a better man upon my release.

Your Honor, I am very much looking forward to being back with my family again, my friends, my community and most of all my daughter so that I am able to start the process of making amends for all the damage I caused.  It is also a big excitement for me to put my skills and confidence to work by becoming a productive member of society and showing my family and loved ones that I can and will move past this in a positive manner.

In closing, I pray that this Court extends its mercy and further decides to grant me relief from my sentence following its thorough review of my Motion.  Thank you again for your time and for reading my personal letter to this Honorable Court.

Respectfully Submitted,

Anthony Lamboy
Reg. No. 93623-111
FCI Big Spring

-  page  2  -

**RE: LETTER IN SUPPORT**

Dear Judge Breyer:

Sir, we are the parents of a federal inmate who is currently petitioning this court for a sentence reduction under a new amendment that was voted into law by the U.S. Sentencing Commission this past summer.

To the limited understanding that me and my husband have of the law, our son Anthony Lamboy has a chance for this law to help him receive a reduced sentence, but only at your discretion. Sir, Anthony is our oldest son and now served over six years of a non-violent drug crime to date and we are writing in hopes of showing our support for him. Of course we are aware of the serious nature involved with crimes of this kind and our son has also expressed his remorse for his part in them to us over the years.

We have witnessed our son's regrets many times for his involvement of such actions that has caused so much pain to him and our family. That pain has manifested in his absence in the lives of not only me and his father but also in the lives of his family, especially his eight year old daughter who he has had very little input in because of his lengthy period of incarceration.

Sir, we are asking for your mercy and leniency in considering the grant of his motion. As with any family, we would like to be whole again with the presence of our son being home. We would like to appeal to your parental side and if you are a parent, no matter your child's age you can understand our plea to this Court.

Sir, our son does have a support system in his family, a place to call home, where he is needed, welcomed, and loved. Again, we understand that it is only in the discretion of this Honorable Court to grant our son's request for a sentence reduction. So your Honor me and my family are asking for mercy and leniency so that our prayers may be realized in the name of our Lord.

Thank you for your time and consideration in this requested plea on behalf of our family.

Respectfully Submitted:

Dated: Dec. 22, 2014

/s/ Margarita Rubi

**EXHIBIT – A**



```
  BIGGA                         INMATE EDUCATION DATA                    12-10-2014
PAGE 001              *              TRANSCRIPT              *           15:18:29


REGISTER NO: 93623-111      NAME..: LAMBOY                   FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: BIG-BIG SPRING FCI


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
BIG  ESL HAS   ENGLISH PROFICIENT           01-14-2009 0001 CURRENT
BIG  GED HAS   COMPLETED GED OR HS DIPLOMA  01-13-2009 1123 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION                  START DATE   STOP DATE  EVNT AC LV   HRS
BIG         MASONRY VT CLASS ONE 0730-1600 11-07-2014 CURRENT
BIG         RPP 6 SELF DISCOVERY         04-07-2014 06-24-2014   P   C  P    10
BIG         AFRICAN AMER. HIST. ACE CLASS 04-17-2014 05-22-2014  P   C  P     6
BIG         RPP 6 VICTIM IMPACT          10-25-2013 01-07-2014   P   C  P    20
BIG         HOBBYCRAFT BEGINNING BEAD CLS 10-05-2013 12-07-2013  P   C  P    16
BIG         ACE PAERSONAL TAXES          08-02-2013 09-25-2013   P   C  P    14
BIG         ACE 50 STATES AND SHAPES     08-01-2013 09-24-2013   P   C  P    14
BIG         22 HRS WELL/NUTRITION        07-15-2013 09-30-2013   P   W  V     0
TAF SCP     RELSE PREP VIDEO: NUTRITION  07-17-2012 09-18-2012   P   C  P    20
TAF SCP     NUTRITION/PERS TRAINER CAMP  07-17-2012 09-18-2012   P   C  P    20
TAF SCP     PARENT: CLASS CAMP           05-14-2012 06-11-2012   P   C  P    20
TAF SCP     FIN/PLAN CAMP WED 9-10 A4#1112 01-30-2012 04-24-2012 P   C  P    11
TAF SCP     MAN IN THE MIRROR - CAMP     11-14-2011 04-03-2012   P   C  P    20
TAF SCP     FIN/PLAN CAMP WED 8-9 A4 #1112 09-12-2011 12-28-2011 P   C  P    17
TAF SCP     RELATIONSHIP CC415 M 7:00-8:00 08-15-2011 11-17-2011 P   C  P    20
TAF SCP     VOC NON TECH: ELECT.1 T,R 8-10 07-21-2011 09-28-2011 P   C  A    20
TAF SCP     VOC TECH: HERBOLOGY          05-27-2011 07-19-2011   P   C  E    60
TAF SCP     ART CAMP                     06-06-2011 07-11-2011   P   C  P    12
SAF         R-1/HLT AIDS AWARE           05-06-2010 05-06-2010   P   C  P     1
OAK         CALISTHENICS                 02-20-2010 05-04-2010   P   C  P    30
OAK         PT PREP                      01-19-2010 04-03-2010   P   C  P    30
OAK         SPANISH LITERATURE/BOOK 28   01-26-2010 02-01-2010   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 69   01-11-2010 01-18-2010   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 36   01-04-2010 01-11-2010   P   C  P     8
OAK         SPANISH LITERATURE BOOK 60   12-28-2009 01-04-2010   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 75   12-09-2009 12-16-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 24   12-02-2009 12-09-2009   P   C  P     8
OAK         FAMILY FINANCES (RP3)        12-02-2009 12-02-2009   P   C  P     2
OAK         SPANISH LITERATURE BOOK 62   11-25-2009 12-02-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 25   11-18-2009 11-25-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 13   11-12-2009 11-19-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 20   11-04-2009 11-11-2009   P   C  P     8
OAK         SPANISH LITERATURE BOOK 60   10-22-2009 11-03-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 33   10-15-2009 10-20-2009   P   C  P     8
OAK         SELF-STUDY BS WRITING (RP2)  10-14-2009 10-15-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 35   10-08-2009 10-13-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 23   10-01-2009 10-07-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 1    09-24-2009 09-29-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 59   09-08-2009 09-15-2009   P   C  P     8
OAK         SPANISH LITERATURE/BOOK 41   09-01-2009 09-08-2009   P   C  P     8


G0002      MORE PAGES TO FOLLOW . . .
```

```
       BIGGA                   INMATE EDUCATION DATA              12-10-2014
    PAGE 002            *            TRANSCRIPT          *        15:18:29


    REGISTER NO: 93623-111     NAME..: LAMBOY                  FUNC: PRT
    FORMAT.....: TRANSCRIPT     RSP OF: BIG-BIG SPRING FCI
```

```
    ----------------------------- EDUCATION COURSES -----------------------------
    SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
    OAK        ACE/SUCCESS (RP6)            08-20-2009 08-20-2009  P   C  P     2
    OAK        SPANISH LITERATURE/BOOK 5    08-10-2009 08-17-2009  P   C  P     8
    OAK        INTERVIEW PREP (RP2)         08-15-2009 08-15-2009  P   C  P     2
    OAK        CDL                          04-15-2009 07-08-2009  P   C  M    24
    OAK        SELF STUDY/CRITICAL THINKING 08-12-2009 08-13-2009  P   C  P     8
    OAK        SPANISH LITERATURE/BOOK 4    07-28-2009 08-10-2009  P   C  P     8
    OAK        CALISTHENICS                 06-06-2009 08-07-2009  P   C  P    24
    OAK        SPANISH LITERATURE/BOOK 37   07-20-2009 07-27-2009  P   C  P     8
    OAK        SELF ESTEEM (RP6)            07-22-2009 07-22-2009  P   C  P     2
    OAK        SPANISH LITERATURE BOOK 52   07-15-2009 07-19-2009  P   C  P     8
    OAK        TEN THINGS (RP6)             07-10-2009 07-11-2009  P   C  P     4
    OAK        SELF STUDY/DISAGREEMENT (RP6)07-13-2009 07-14-2009  P   C  P     8
    OAK        SPANISH LITERATURE BOOK 53   07-08-2009 07-13-2009  P   C  P     8
    OAK        THE JOY OF STRESS (RP6)      07-08-2009 07-08-2009  P   C  P     2
    OAK        INSTEAD OF SPANKING (RP6)    06-12-2009 06-13-2009  P   C  P     4
    OAK        NO YELLING (RP6)             05-29-2009 05-30-2009  P   C  P     4
    OAK        SELF STUDY/OWN HOME (RP6)    07-07-2009 07-08-2009  P   C  P     8
    OAK        WHALES MON/6PM               07-06-2009 07-06-2009  P   C  P     2
    OAK        SPANISH LITERATURE BOOK 65   07-01-2009 07-06-2009  P   C  P     8
    OAK        SELF STUDY/DISAGREEMENT (RP6)07-01-2009 07-02-2009  P   C  P     8
    OAK        SPANISH LITERATURE/BOOK 27   06-24-2009 07-01-2009  P   C  P     8
    OAK        VIDEO/ANASAZI:THE MYSTIC LANDS 06-29-2009 06-29-2009 P C P      8
    OAK        SELF STUDY/ANGER (RP6)       06-24-2009 06-25-2009  P   C  P     8
    OAK        SPANISH LITERATURE BOOK 64   06-17-2009 06-25-2009  P   C  P     8
    OAK        ABOUT MEXICO/ACE             06-24-2009 06-24-2009  P   C  P     2
    OAK        SELF-STUDY PROOF READING (RP2)06-16-2009 06-17-2009 P C P       8
    OAK        SPANISH LITERATURE/BOOK 2    06-10-2009 06-15-2009  P   C  P     8
    OAK        LEATHER 1                    05-04-2009 06-14-2009  P   C  P    16
    OAK        SPANISH LITERATURE/BOOK 70   05-27-2009 06-03-2009  P   C  P     8
    OAK        EMP AFTER PRISON (RP2)       05-27-2009 05-27-2009  P   C  P     2
    OAK        SPANISH LITERATURE/BOOK 32   05-20-2009 05-27-2009  P   C  P     8
    OAK        SELF STUDY/MEMORY (RP2)      05-20-2009 05-22-2009  P   C  P     8
    OAK        SPANISH LITERATURE/BOOK 34   05-13-2009 05-20-2009  P   C  P     8
    OAK        POWER STRUGGLES (RP6)        05-01-2009 05-02-2009  P   C  P     4
    OAK        LASTING LEGACY (RP6)         05-15-2009 05-16-2009  P   C  P     4
    OAK        KEYBOARD CLASS - 9:00-10:30AM 04-06-2009 05-15-2009 P C P      40
    OAK        SPANISH LITERATURE/BOOK 29   05-06-2009 05-13-2009  P   C  P     8
    OAK        VIDEO/LISTENING/6PM (RP6)    05-06-2009 05-06-2009  P   C  P     8
    OAK        SPANISH LITERATURE/BOOK 12   04-30-2009 05-06-2009  P   C  P     8
    OAK        SELF-STUDY VOCABULARY        04-29-2009 04-30-2009  P   C  P     8
    OAK        SPANISH LITERATURE/BOOK 26   04-22-2009 04-29-2009  P   C  P     8
    OAK        SELF STUDY/PEERS (RP6)       04-23-2009 04-24-2009  P   C  P     8
    OAK        FAMILY FINANCES (RP3)        04-22-2009 04-22-2009  P   C  P     2
    OAK        SPANISH LITERATURE/BOOK 3    04-15-2009 04-22-2009  P   C  P     8
    OAK        SPANISH LITERATURE/BOOK 3    04-13-2009 04-22-2009  P   C  P     8


    G0002        MORE PAGES TO FOLLOW . . .
```

Case 3:06-cr-00266-CRB   Document 556   Filed 01/12/15   Page 11 of 23

```
REGISTER NO: 93623-111     NAME..: LAMBOY                 FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: BIG-BIG SPRING FCI
```

```
---------------------------- EDUCATION COURSES ----------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| OAK | WAY TO DISCIPLINE (RP6) | 04-17-2009 | 04-18-2009 | P | C | P | 4 |
| OAK | HOW TO REALLY LOVE (RP6) | 04-03-2009 | 04-04-2009 | P | C | P | 4 |
| OAK | EMP AFTER PRISON (RP2) | 04-15-2009 | 04-15-2009 | P | C | P | 2 |
| OAK | SELF-STUDY/COMMUNICATION (RP6) | 04-13-2009 | 04-14-2009 | P | C | P | 8 |
| OAK | SELF STUDY/MRKT PLAN (RP3) | 03-31-2009 | 04-08-2009 | P | C | P | 8 |
| OAK | COPING (RP6) | 04-02-2009 | 04-02-2009 | P | C | P | 2 |
| OAK | SELF STUDY/ETIQUETTE (RP2) | 03-23-2009 | 03-31-2009 | P | C | P | 8 |
| OAK | SELF STUDY/SKILLS PORT (RP2) | 03-11-2009 | 03-23-2009 | P | C | P | 8 |
| OAK | SELF STUDY/BUDGET (RP6) | 02-25-2009 | 03-02-2009 | P | C | P | 8 |
| OAK | SELF-STUDY LIFE PURPOSE (RP6) | 02-05-2009 | 02-25-2009 | P | C | P | 8 |
| OAK | SELF-STUDY GOAL SETTING (RP6) | 02-02-2009 | 02-10-2009 | P | C | P | 8 |
| OAK | ACE/SUCCESS (RP6) | 02-05-2009 | 02-05-2009 | P | C | P | 2 |
| OAK | SELF-STUDY SELF ESTEEM (RPS6) | 01-29-2009 | 02-02-2009 | P | C | P | 8 |
| OAK | FOUR STAGES INTERVIEW (RP2) | 01-24-2009 | 01-24-2009 | P | C | P | 2 |

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

**EXHIBIT – B**

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Anthony Lamboy*

93623-111

In Recognition of Completion

*Positive Parenting Course*

On This 12th Day of June in the Year Two Thousand and Twelve

Taft, California





G. Robinson, Vocational Instructor



"*Man in the Mirror*"

Certificate of Achievement is Presented To

**Anthony Lamboy**

93623-111

In Recognition of Participating in the course of Self Reflection

on the 4th day of April 2012

Taft, California

*C. Mann*

C. Mann, CCC

# CERTIFICATE OF COMPLETION

This certificate is awarded to

## Lamboy, Anthony

For the successful completion of the class Self-Discovery

_June 4, 2014_
Date

D. Molina, Correctional Counselor




# PERSONAL TRAINER
## PREPARATION COURSE



## Certificate of Completion
### FCI Oakdale

**Anthony Lamboy**



has completed 30 hours of comprehensive study in exercise physiology.  Started 1/09/10 - Completed 3/30/10

Curry Darbonne
Sports Specialist

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

*Anthony Lamboy*

93623-111

In Recognition of Completion

*Herbology Course*

On This 19th Day of August in the Year Two Thousand and Eleven

Taft, California

Mr. Hudson, Vocational Instructor

# M.T.C. EDUCATIONAL SERVICES

## CERTIFICATE OF ACHIEVEMENT

PRESENTED TO

*Anthony Lamboy*

93623-111

## IN RECOGNITION OF COMPLETION

*FINANCIAL PLANNING II*

ON THIS 20TH DAY OF APRIL IN THE YEAR TWO THOUSAND AND TWELVE

TAFT, CALIFORNIA

V. SHUMAKER, CASE MANAGER



# M.T.C. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

PRESENTED TO

*Anthony Lamboy*

93623-111

# IN RECOGNITION OF COMPLETION

*Financial Planning I*

ON THIS 28TH DAY OF DECEMBER IN THE YEAR TWO THOUSAND AND ELEVEN

TAFT, CALIFORNIA

V. SHUMAKER, CASE MANAGER

# T.C.I. EDUCATIONAL SERVICES
## CERTIFICATE OF ACHIEVEMENT

Presented To

**ANTHONY LAMBOY #93623-111**

In Recognition of Completion

*Health & Wellness*

**On This 18th Day of September in the Year Two Thousand and Twelve**

Taft, California

Ms. Wescott, Case Manager











