UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY LAMBOY,<br><br>　　　　Defendant. | Case No.3:06-cr-00266-CRB-4<br><br>**CLERK'S NOTICE** |

　　The Court sets a hearing re Defendant's Motion to Terminate Remaining Supervised Release Term (ECF No. 609).  Motion hearing set for July 15, 2020 at 1:30 p.m. before the Honorable Charles R. Breyer.

　　The court circulates the following conference number to allow the equivalent of a public hearing by telephone:

**AT&T Dial In: 1-888-684-8852. Access code: 7283688#**

Please bear in mind that the Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. Please dial-in 10 minutes before the scheduled hearing.

Dated: June 25, 2020

　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: ____/s/ L. Scott____
　　　　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER