# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

### Request for Modifying the Conditions or Term of Supervision

**Person Under Supervision**  
Anthony Lamboy

**Docket Number**  
0971 3:06CR00266-004 CRB

**Name of Sentencing Judge:** The Honorable Charles R. Breyer  
Senior United States District Judge

**Date of Original Sentence:** October 22, 2008

**Original Offense**  
Count Seventeen: Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. § 841(a)(1), a Class A Felony.

**Original Sentence:** 120 months custody and supervised release term of 5 years.

**Special Conditions:** Drug Treatment; Drug Testing; No association with Co-Defendants; Search; and Drug Registration.

**Prior Form(s) 12:** None

**Type of Supervision**  
Supervised Release

**Date Supervision Commenced**  
September 15, 2017

**Assistant U.S. Attorney**  
Jason Kleinwaks

**Defense Counsel**  
PRO SE

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

The following standard condition of supervision is removed: "The defendant shall not leave the judicial district without permission of the court or probation officer."

**RE:**    Lamboy, Anthony
        0971 3:06CR00266-004 CRB

**Cause**

On July 15, 2020, a hearing regarding a motion for early termination was held before Your Honor. At that hearing, Your Honor ordered the above referenced condition of supervision be stricken to allow Mr. Lamboy to freely travel for employment purposes.

The Court ordered the undersigned probation officer to memorialize the order in writing. A Motion Hearing date was set for April 14, 2021, at 1:30 p.m.

| Respectfully submitted, | Reviewed by: |
|---|---|
| Jose Figueroa<br>U.S. Probation Officer<br>Date Signed: July 16, 2020 | Aaron Tam<br>Supervisory U.S. Probation Officer |

THE COURT ORDERS:

_X_ The following condition of supervision is hereby removed: "The defendant shall not leave the judicial district without permission of the court or probation officer."

July 17, 2020
Date

Charles R. Breyer
Senior United States District Judge