# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

## Request for Early Termination of Supervision

**Person Under Supervision**  
Anthony Lamboy

**Docket Number**  
0971 3:06CR00266-004 CRB

**Name of Sentencing Judge:** The Honorable Charles R. Breyer  
Senior United States District Judge

**Date of Original Sentence:** October 22, 2008

**Original Offense:**  
Count Eighteen: Possession of Methamphetamine with Intent to Distribute , 21 U.S.C. § 841(a)(1), a Class A Felony.

**Original Sentence:** 120 months; five years Supervised Release  
**Special Conditions:** drug treatment and testing; no association with co-defendants; search; DNA.

**Prior Form(s) 12:** On July 17, 2020, the Court granted the offender permission to travel without permission of the probation office.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Jason Kleinwaks

**Date Supervision Commenced**  
September 15, 2017  
**Defense Counsel**  
Pro Se

## Petitioning the Court to Take Judicial Notice

Petitioning the Court to consider the client for early termination of supervision.

## Cause

On July 17, 2020, Mr. Lamboy asked the court to grant him early termination from Supervised Release. Your Honor advised that if Mr. Lamboy completed a truck driving program and obtained his Class A license, it would be granted. Mr. Lamboy obtained this certification on March 23, 2022.

RE:     Lamboy, Anthony                                                                                              2
        0971 3:06CR00266-004 CRB

Respectfully submitted,                              Reviewed by:

*/s/ Jennifer Hutchings*                             _____
_____
Jennifer Hutchings                                   Octavio E. Magana
U.S. Probation Officer Specialist                    Supervisory U.S. Probation Officer
Date Signed: March 23, 2022

---

THE COURT ORDERS:

☒   Early termination of supervision granted
☐   Early termination of supervision denied
☐   Other:


__March 24, 2022_____              */s/ Charles R. Breyer*_____
Date                                     Charles R. Breyer
                                         Senior United States District Judge